FILED

2018 OCT 19  AM 9: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

PLAINTIFF

USMS# ___JOSE VILLEGAS___

DEFENDANT

CASE NUMBER:

EDCR18 - 00250 SJO

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: ___10/18/18___  ___8:30___  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   ___TITLE 18 U.S.C. 1111 & 1117___

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No   ☐ Yes    Language: _____

7. Year of Birth: __1981__

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: HUMBERTO DIAZ / JAMES CASTLE    Phone Number: 213-745-7477 / 303-675-0500

9. Name of Pretrial Services Officer notified: ___DEVIN THOMPKINS___

10. Remarks (if any): _____

11. Name: ___LUIS ALTAMIRANO___    (please print)

12. Office Phone Number: _714-939-8699 x3274_    13. Agency: ___FBI___

14. Signature: _____    15. Date: __10/19/18__

CR-64 (05/18)              **REPORT COMMENCING CRIMINAL ACTION**